UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK LEVENSON,

    Plaintiff,

vs.

CHARTER SCHOOLS USA, INC.,
a Foreign Corporation,

    Defendants.
_____/

06-61076

CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

    Plaintiff, MARK LEVENSON (Levenson), sues Defendant, CHARTER SCHOOLS USA, INC., a Foreign Corporation (CSUSA), and avers the following:

**Introduction, Parties, Jurisdiction, and Venue**

    1.    This is an action pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA" or the "Act"), to recover damages for the retaliatory conduct of the Defendant to Plaintiff.

    2.    Plaintiff is a citizen and resident of Sarasota County, Florida, and is *sui juris*.

    3.    Defendant CSUSA is a for-profit corporation organized under the laws of the State of Delaware with its principal place of business of 6245 North Federal Highway, Fifth Floor, Fort Lauderdale, Florida.

    4.    Jurisdiction of this action is founded upon §216(b) of the FLSA [29 U.S.C. 216(b)] and by Title 28 U.S.C. §1337.

    5.    Venue is proper in this Court because the Defendant transacts business and has its principal place of business in this District.



## General Allegations

6. CSUSA is a development and management company of charter schools, kindergarten through 12th grade, which span throughout the State of Florida.

7. From approximately May 1, 2004 to June 23, 2006, Plaintiff Levenson was employed by CSUSA as Senior Vice President of Human Resources and Administration.

8. During the term of Plaintiff's employment with Defendant CSUSA, he noted and complained about widespread violations of the Fair Labor Standards Act, 29 U.S.C. §201, et. seq.

9. Subsequent to his report of the widespread violations, Defendant CSUSA severely altered the conditions of Plaintiff's employment and created an abusive working environment.

10. On June 23, 2006, Defendant CSUSA terminated Plaintiff's employment.

## Count I - Retaliation

11. Plaintiff re-alleges and incorporates herein by reference the allegations set forth in Paragraph Nos. 1 through 10 above.

12. Plaintiff Levenson was constructively discharged from his employment with Defendant CSUSA as a direct result of, and in retaliation for, his reporting of and opposition to violation of the Fair Labor Standards Act.

13. Defendant CSUSA retaliated against Plaintiff Levenson as a direct result of, and in retaliation for, his reporting of and opposition to violations of the Fair Labor Standards Act.

14. Defendant CSUSA retaliated against Plaintiff Levenson by creating a hostile work environment to interfere with his job performance and eventually terminating his employment.

15. As a result of Defendant's unlawful retaliation, Plaintiff Levenson has suffered, and continues to suffer damages.

*Mark Levenson v. Charter Schools USA, Inc.*
Complaint

WHEREFORE, Plaintiff, Mark Levenson, demands judgment against Defendant, Charter Schools USA, Inc., for all of his damages, compensation, lost wages, liquidated damages pursuant to the Act, benefits, pre-judgment interest, costs, attorney's fees pursuant to the FLSA, and such other and further relief that this Court deems to be just and proper.

### Demand for Trial by Jury

Plaintiff requests a trial by jury on all issues so triable.

Respectfully Submitted,

**THE HODKIN KOPELOWITZ OSTROW FIRM, P.A.**
Counsel for Plaintiff
350 East Las Olas Boulevard, Suite 980
Fort Lauderdale, FL 33301
Telephone No. (954) 525-4100
Facsimile No. (954) 525-4300

Dated: July 18, 2006

By: _____
**ADAM J. HODKIN**
Florida Bar No. 962597
**STEPHEN J. PADULA**
Florida Bar No. 182362

3

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

**I.(a) PLAINTIFF**
Mark Levenson

CIV-ALTONAGA

**DEFENDANTS**
Charter Schools USA, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN US PLAINTIFF CASES)
Broward County, Florida

MAGISTRATE JUDGE
TURNOFF

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN US PLAINTIFF CASES ONLY)
BROWARD
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME ADDRESS AND TELEPHONE NUMBER)**
The Hodkin Kopelowitz Ostrow Firm, P.A.
350 East Las Olas Boulevard, Suite 980
Ft. Lauderdale, Florida 33301
Telephone No. (954) 525-4100

**06-61076**

**ATTORNEYS (IF KNOWN)**

0:06 CV 61076 Altonaga

**(d) CIRCLE COUNTY WHERE ACTION AROSE**   DADE,   MONROE,   **BROWARD**,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE   HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1 US Government Plaintiff
☒ 3 Federal Question (US Government Not a Party)
☐ 2 US Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
(PLACE AN X IN ONE FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A. CONTRACT | A. TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B ☐ 610 Agriculture | ☐ 442 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | B ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | | B ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | B ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Services |
| B ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| B ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS** | ☐ 740 Railway Labor Act | ☐ 864 SSD Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 865 RSM (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A ☐ 535 Death Penalty | A ☐ 791 Empl Ret Inc Security Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B ☐ 540 Mandamus & Other | | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B ☐ 550 Civil Rights | | ☐ 871 IRS – Third Party 26 USC 7609 | A OR B |
| | | B ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**29 U.S.C. § 215 – FLSA Retaliation**

**LENGTH OF TRIAL**
via 2 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A CLASS ACTION   ☐ UNDER F R C P 23
**DEMAND**
CHECK YES only if demanded in complaint
**JURY DEMAND:**   ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instructions)
JUDGE _____   DOCKET NUMBER _____

**DATE**
July 18, 2006

**SIGNATURE OF ATTORNEY OF RECORD**

**FOR OFFICE USE ONLY**
RECEIPT # 537680   AMOUNT 350.00   APPLYING IFP _____   JUDGE _____

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44**